PATRICIA E. O'BRIEN, Respondent, v. HANS C. KOEHLER, Doing Business as "KOEHLER's PHARMACY," Appellant.— In an action to recover damages for breach of an implied warranty of merchantable quality, order of the County Court of Westchester county affirming a judgment and order of the City Court of New

Rochelle in favor of plaintiff unanimously affirmed, with costs. No opinion. The appeal from the judgment of the City Court of New Rochelle, entered pursuant to said order, is dismissed. Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.